IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MYLES REHANA and BRIGID SCHULLERTS,<br><br>Plaintiffs,<br><br>v.<br><br>ARLINGTON INDEPENDENT SCHOOL DISTRICT,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:26-cv-00238-P |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

On this day, the Court considered Defendant Arlington ISD's Motion to Dismiss Plaintiffs' Original Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). After considering the motion, the pleadings, and all other documents on file in this cause, together with the arguments of the parties, the Court finds that Plaintiffs have failed to plead facts sufficient to establish a waiver of governmental immunity under the Texas Tort Claims Act, and therefore this Court lacks subject matter jurisdiction over Plaintiffs' state-law invasion of privacy by intrusion claim. The Court is, therefore, of the opinion that Defendant's Motion to Dismiss is well taken and should be GRANTED.

It is therefore ORDERED, ADJUDGED, AND DECREED that Plaintiffs' state-law invasion of privacy by intrusion claim contained in Plaintiffs' Original Complaint is hereby DISMISSED.

Signed on this __________ day of _________________, 2026.

_________________________________
UNITED STATES DISTRICT JUDGE