IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MYLES REHANA and BRIGID SCHULLERTS, | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 4:26-cv-00238-P |
| v. | § | |
| | § | |
| ARLINGTON INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S NOTICE REGARDING LOCAL COUNSEL**

Defendant Arlington Independent School District files this Notice regarding Local Counsel in accordance with Local Rule 83.10(a) and, in support thereof, would respectfully show the Court as follows:

1. The undersigned lead counsel for Defendant, Meredith Prykryl Walker, is duly licensed to practice law in the state of Texas and is admitted to practice before the United States District court for the Northern District of Texas. Ms. Walker maintains her personal residence and regularly practices law in Tarrant County, Texas, within the Fort Worth Division of the Northern District of Texas.

2. Because Ms. Walker resides and practices within the geographic boundaries of this Court, the purposes underlying the local counsel requirement—namely ensuring accessibility to the Court, familiarity with local rules, and availability for hearings—are fully satisfied.

Respectfully submitted,

By: /s/Meredith Prykryl Walker
Meredith Prykryl Walker
State Bar No. 24056487

WALSH GALLEGOS KYLE
ROBINSON & DE LOS SANTOS P.C.
105 Decker Court, Suite 700
Irving, Texas 75062
214.574.8800
214.574.8801 (facsimile)
mwalker@wabsa.com

ATTORNEYS FOR DEFENDANT
ARLINGTON INDEPENDENT
SCHOOL DISTRICT

**CERTIFICATE OF SERVICE**

On March 27, 2026, I electronically submitted the foregoing document with the clerk of court for the United States District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Jay D. Ellwanger
ELLWANGER HENDERSON LLP
11149 Research Blvd., Ste 100
Austin, Texas 78759

/s/ Meredith Prykryl Walker
Meredith Prykryl Walker