**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **MYLES REHANA and BRIGID SCHULLERTS,** | § | **CIVIL ACTION NO. 4:26-cv-238** |
| ***Plaintiffs*,** | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| **ARLINGTON INDEPENDENT SCHOOL DISTRICT,** | § | |
| ***Defendant*.** | § | |

**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS**

Notice is hereby given that Suzanne M. Anderson of the law firm of Valli Kane & Vagnini, LLP, files her appearance as attorney of record for Plaintiffs Myles Rehana and Brigid Schullerts in the above-entitled case and requests that all future pleadings and papers be served on her through the Court's CM/ECF system.

Dated: April 3, 2026,

Respectfully submitted

*/s/ Suzanne M. Anderson*
Suzanne M. Anderson
Texas State Bar No. 14009470
sanderson@vkv.law
**Valli Kane & Vagnini LLP**
1825 Market Center Blvd,
Dallas, TX 75207
(516) 203-7180 (phone)
(516) 706-0248 (fax)

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2026, a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's ECF system.

*/s/ Suzanne M. Anderson*
Suzanne M. Anderson