**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **MYLES REHANA and BRIGID SCHULLERTS,** | § | **CIVIL ACTION NO. 4:26-cv-238** |
| ***Plaintiffs*,** | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| **ARLINGTON INDEPENDENT SCHOOL DISTRICT,** | § | |
| ***Defendant*.** | § | |

**NOTICE OF CHANGE OF LAW FIRM AFFILIATION**

PLEASE TAKE NOTICE that attorney Brian Pounds, counsel for Plaintiffs in the above styled action, is no longer affiliated with Ellwanger Henderson LLLP. Brian Pounds is now affiliated with the law firm Valli Kane & Vagnini LLP, located at 1825 Market Center Boulevard, Dallas, Texas 75207. Brian Pounds will continue to represent Plaintiffs in this action.

Dated: April 16, 2026

Respectfully submitted,

*/s/ Brian Pounds*

Brian Pounds
Texas State Bar No. 24126432
bpounds@vkv.law
**VALLI KANE & VAGNINI LLP**
1825 Market Center Boulevard
Dallas, Texas 75207
Telephone: (737) 808-2263
**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 16, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*/s/ Brian Pounds*
Brian Pounds