**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **MYLES REHANA and BRIGID SCHULLERTS,** | § | |
| | § | |
| ***Plaintiffs*,** | § | **CIVIL ACTION NO. 4:26-cv-238** |
| | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **ARLINGTON INDEPENDENT SCHOOL DISTRICT,** | § | |
| | § | |
| | § | |
| ***Defendant*.** | § | |

**MOTION TO WITHDRAW AS COUNSEL**

Jay Ellwanger moves to withdraw as counsel for Plaintiffs in this case due to him leaving Ellwanger Henderson. Plaintiffs will continue to be represented by counsel from Valli Kane & Vagnini LLP.

Dated: April 17, 2026

Respectfully submitted,

*/s/ Jay D. Ellwanger*

Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@equalrights.law
**ELLWANGER HENDERSON LLLP**
11149 Research Blvd., Suite 100
Austin, Texas 78759
Telephone: (737) 808-2260
Facsimile: (737) 808-2262

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2026, a true and correct copy of the above and the foregoing document was served on all counsel of record via electronic email to all counsel of record.

*/s/ Jay D. Ellwanger*
Jay D. Ellwanger

**CERTICATE OF CONFERENCE**

I hereby certify that I conferred via email with Defendant's counsel concerning the relief sought in this Motion and was advised that Defendant is unopposed to this Motion.

*/s/ Jay D. Ellwanger*
Jay D. Ellwanger