IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MYLES REHANA and BRIGID SCHULLERTS | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-00238-BJ |
| | § | |
| ARLINGTON INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendant Arlington Independent School District (Arlington ISD or the District), in accordance with Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), files this Motion for Partial Dismissal of Plaintiffs' First Amended Complaint and, in support thereof, would respectfully show the Court as follows:

## I. MOTION TO DISMISS

On April 28, 2026, Plaintiffs filed their First Amended Complaint asserting violations of the Electronic Communications Privacy Act (ECPA), the Americans with Disabilities Act, Title VII, and the Texas Labor Code, along with a state-law cause of action for invasion of privacy by intrusion. (Dkt. 19). Arlington ISD now moves to dismiss Plaintiffs' invasion of privacy claim pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction. As a governmental entity, Arlington ISD retains governmental immunity from suit unless Plaintiffs affirmatively establish a valid waiver, which Plaintiffs cannot do here. Plaintiffs' ECPA claim is, likewise, subject to dismissal pursuant to Rule 12(b)(6) as the ECPA does not provide a cause of action against Arlington ISD. For these reasons, and the reasons set forth in the accompanying brief, the Court

should dismiss Plaintiffs' claims in their entirety.

## II. ARGUMENTS AND AUTHORITIES

In accordance with Local Rule 7.1(d), Arlington ISD has filed a Brief with the Court setting forth the District's contentions of law, as well as its arguments and authorities that support the Motion for Partial Dismissal, which are incorporated herein.

WHEREFORE, PREMISES CONSIDERED, the District respectfully requests that this Court grant its Motion for Partial Dismissal of Plaintiffs' Original Complaint in accordance with Rules 12(b)(1) and 12(b)(6), thereby dismissing Plaintiffs' claims under the ECPA, as well as Plaintiffs' claims for the statue law tort of invasion of privacy. The District prays for such other and further relief to which it may show itself justly entitled, including attorneys' fees and court costs.

Respectfully submitted,

By: /s/ Meredith Prykryl Walker
Meredith Prykryl Walker
State Bar No. 24056487
Nicole Blaylock Thomas
State Bar No. 24149603

WALSH GALLEGOS KYLE
ROBINSON & DE LOS SANTOS P.C.
105 Decker Court, Suite 700
Irving, Texas 75062
214.574.8800
214.574.8801 (facsimile)
mwalker@wabsa.com
nblaylockthomas@wabsa.com

ATTORNEYS FOR DEFENDANT
ARLINGTON INDEPENDENT
SCHOOL DISTRICT

**CERTIFICATE OF SERVICE**

On May 12, 2026, I electronically submitted the foregoing document with the clerk of court for the United States District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Suzanne Manderson
Brian Pounds
Valli Kane & Vagnini LLP

/s/ Meredith Prykryl Walker
Meredith Prykryl Walker