IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MYLES REHANA and BRIGID SCHULLERTS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 4:26-cv-00238-BJ |
| v. | § | |
| | § | |
| ARLINGTON INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| Defendant. | § | |

**REVISED JOINT REPORT REGARDING CONTENTS OF SCHEDULING ORDER**

Plaintiffs Myles Rehana and Brigid Schullerts and Defendant Arlington Independent School District (hereafter the Parties) and pursuant to the Court's Order of April 27, 2026, file this Revised Joint Report Regarding Contents of Scheduling Order.

**1. An update on settlement prospects, if any:**

The Parties have conferred regarding potential resolution of this matter. While no settlement has been reached, the Parties acknowledge that the filing of Plaintiffs' First Amended Complaint (Dkt. 19) has expanded the scope of the case to include additional federal and state law claims, including alleged violations of the Americans with Disabilities Act, Title VII retaliation, and Texas Labor Code provisions. Given the broadened scope of alleged liability, the Parties believe that meaningful settlement discussions would be most productive after the exchange of initial written discovery and further development of the factual record. The Parties remain open to mediation and anticipate mediation on or before November 1, 2026.

**2. Any change in the parties' anticipated discovery completion date:**

At this time, the Parties do not propose a change to the previously suggested discovery

deadline of April 26, 2027. However, the Parties note that the First Amended Complaint (Dkt. 19) introduces additional claims and factual allegations, including allegations of unlawful electronic surveillance, disability discrimination, failure to accommodate, and retaliation. These expanded allegations will likely require broader discovery, including:

- Employment records and personnel files;
- Internal policies, training materials, and communications;
- Information regarding vehicle monitoring systems (including the Samsara application);
- Medical and accommodation-related records; and
- Evidence relating to Plaintiffs' alleged damages and mitigation efforts.

Additionally, related administrative proceedings before the EEOC and TWC remain relevant to the claims and defenses asserted in this case.

**3. Proposed Trial Dates: Two agreed dates for trial of this cause of action that are within a reasonable time from the date of this order, taking into consideration the length of time the parties need to complete discovery, file pretrial motions, and prepare for trial.**

The Parties propose a trial setting on November 15, 2027, or December 6, 2027. The Parties estimate that the trial will require 5-7 days. Plaintiffs have demanded a jury trial.

**4. If the parties require an electronic courtroom during the trial:**

The Parties anticipate requiring an electronic courtroom for trial.

**5. Any other matters relevant to the status and disposition of this case:**

None.

**6. In cases filed in or removed to this Court based on diversity of citizenship as set forth in 28 U.S.C. 1332(a), the parties are to provide evidence regarding the citizenship of each party and whether complete diversity exists. This evidence may be presented by a stipulation between the parties, an affidavit, declaration, or similar supporting documents.**

Although Plaintiffs allege diversity jurisdiction in their First Amended Complaint, both Plaintiffs and Defendant are domiciled in Texas. Accordingly, the Parties acknowledge that

diversity jurisdiction under 28 U.S.C. § 1332 does not provide an independent basis for jurisdiction. The Parties agree that this Court's jurisdiction is properly based on federal question jurisdiction pursuant to 28 U.S.C. § 1331. The Parties previously consented to trial before a U.S. Magistrate Judge.

Respectfully submitted,

By: /s/Suzanne M. Anderson
Suzanne M. Anderson
Texas State Bar No. 14009470

VALLI KANE & VAGNINI LLP
1825 Market Center Blvd,
Dallas, TX 75207
(214) 797-9021 (cell)
(516) 203-7180 (phone)
(516) 706-0248 (fax)
sanderson@vkv.law

ATTORNEY FOR THE PLAINTIFF

By: /s/ Meredith Prykryl Walker
Meredith Prykryl Walker
State Bar No. 24056487
Nicole Blaylock Thomas
State Bar No. 24149603

WALSH GALLEGOS KYLE
ROBINSON & DE LOS SANTOS P.C.
105 Decker Court, Suite 700
Irving, Texas 75062
214.574.8800
214.574.8801 (facsimile)
mwalker@wabsa.com
nblaylockthomas@wabsa.com

ATTORNEYS FOR DEFENDANT
ARLINGTON INDEPENDENT
SCHOOL DISTRICT

**CERTIFICATE OF SERVICE**

On May 15, 2026, I electronically submitted the foregoing document with the clerk of court for the United States District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Suzanne M. Anderson
Brian Pounds
Valli Kane & Vagnini LLP

/s/ Meredith Prykryl Walker
Meredith Prykryl Walker