**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **MYLES REHANA and BRIGID SCHULLERTS,** | § | |
| | § | |
| ***Plaintiffs*,** | § | **CIVIL ACTION NO. 4:26-cv-238** |
| | § | |
| **v.** | § | |
| | § | |
| **ARLINGTON INDEPENDENT SCHOOL DISTRICT** | § | |
| | § | |
| | § | |
| ***Defendant*.** | § | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

COMES NOW Plaintiffs Myles Rehana and Brigid Schullerts ("Plaintiffs") and file this Plaintiffs' Unopposed Motion to Extend Plaintiffs' Deadline to Respond to Defendant's Motion to Dismiss Plaintiffs' Amended Complaint.

1. Plaintiffs filed their Original Complaint [Dkt. 1] on March 3, 2026.
2. Defendant filed a Motion to Dismiss Plaintiffs' Original Complaint [Dkt 3] on March 27, 2026.
3. On April 28, 2026, Plaintiffs filed an Amended Complaint [Dkt. 19].
4. On May 12, 2026, Defendant filed a Motion to Dismiss the Amended Complaint. [Dkt. 12]
5. On May 27, 2026, Brian Pounds, counsel for the Plaintiffs informed counsel for Defendant that he would be leaving the Valli Kane Vagnini law firm and withdrawing from further work on this matter. As a result of his decision to leave the law firm, Mr. Pounds has been completing work on several outstanding assignments and has been

unable to prepare the Plaintiffs' response to Defendant's motion to dismiss in this matter.

6. While the undersigned counsel Suzanne Anderson entered an appearance in this case in April, Mr. Pounds has been acting as the lead counsel in this case. Ms. Anderson will need additional time to research and properly respond to the Defendant's Motion to Dismiss the Amended Complaint on behalf of the Plaintiffs.
7. Counsel for the Defendant has indicated that the Defendant is unopposed to an extension of 30 days for the Plaintiffs to respond to Defendant's Motion to Dismiss.
8. This is the Plaintiffs' first request for an extension in this case. The motion is made in good faith, not for purposes of delay, but so that justice may be served. Accordingly, good cause exists for this motion to be granted.

**PRAYER**

For the foregoing reasons, the Plaintiffs respectfully request that the Court issue an order extending Plaintiffs' deadline to respond to Defendant's Motion to Dismiss the Amended Complaint for 30 days, until July 2, 2026.

Dated this 29th day of May, 2026.

Respectfully Submitted,

*/s/ Suzanne M. Anderson*
Suzanne M. Anderson
Texas State Bar No. 14009470
sanderson@vkv.law
VALLI KANE & VAGNINI LLP
1825 Market Center Blvd,
Dallas, TX 75207
(516) 203-7180 (phone)
(516) 706-0248 (fax)
(214) 797-9021 (cell)

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on this 28th day of May, 2026, I conferred with Defendant's counsel of record regarding the proposed extension of time to answer. Defendant's counsel indicated that it did not oppose this motion.

*/s/ Suzanne M. Anderson*
Suzanne M. Anderson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 29, 2026, a true and correct copy of the above document was served on all counsel of record via the Court's ECF system.

*/s/ Suzanne M. Anderson*
Suzanne M. Anderson