**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **MYLES REHANA and BRIGID SCHULLERTS,** | § § | **CIVIL ACTION NO. 4:26-cv-238** |
| ***Plaintiffs*,** | § § § | |
| **v.** | § § | **JURY TRIAL DEMANDED** |
| **ARLINGTON INDEPENDENT SCHOOL DISTRICT,** | § § § § | |
| ***Defendant*.** | § § | |

**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS**

Notice is hereby given that Holt M. Lackey of the law firm of Valli Kane & Vagnini, LLP, files him appearance as attorney of record for Plaintiffs Myles Rehana and Brigid Schullerts in the above-entitled case and requests that all future pleadings and papers be served on him through the Court's CM/ECF system.

Dated: June 18, 2026,

Respectfully submitted

*/s/ Holt M. Lackey*

Holt M. Lackey
Texas State Bar No. 24047763
hlackey@vkv.law
**VALLI KANE & VAGNINI LLP**
11149 Research Blvd, Suite 100
Austin, Texas 78759
Telephone: (516) 203-7180
Facsimile: (516) 706-0248
**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2026, a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's ECF system.

*/s/ Holt M. Lackey*
Holt M. Lackey