**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **MYLES REHANA and BRIGID SCHULLERTS,** | § | |
| | § | |
| ***Plaintiffs*,** | § | **CIVIL ACTION NO. 4:26-cv-238** |
| | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **ARLINGTON INDEPENDENT SCHOOL DISTRICT,** | § | |
| | § | |
| | § | |
| | § | |
| ***Defendant*.** | § | |

**MOTION TO WITHDRAW AS COUNSEL**

Brian Pounds moves to withdraw as counsel for Plaintiffs in this case due to him leaving Valli Kane & Vagnini. Plaintiffs will continue to be represented by counsel from Valli Kane & Vagnini LLP.

Dated: June 18, 2026

Respectfully submitted,

*/s/ Brian Pounds*

Brian Pounds
Texas State Bar No. 24126432
bpounds@vkv.law
**VALLI KANE & VAGNINI LLP**
11149 Research Blvd., Suite 100
Austin, Texas 78759
Telephone: (737) 808-2260
Facsimile: (737) 808-2262
**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the day of June 18, 2026, a true and correct copy of the above and the foregoing document was served on all counsel of record via the Court's ECF system.

*/s/ Brian Pounds*
Brian Pounds

**CERTICATE OF CONFERENCE**

I hereby certify that I conferred via email with Defendant's counsel concerning the relief sought in this Motion and was advised that Defendant is unopposed to this Motion.

*/s/ Brian Pounds*
Brian Pounds