# EXHIBIT A

# AFFIDAVIT

1. My name is Brigid Schullerts. I am over 18 years old. The following information is true and correct and based upon my personal knowledge.
2. I worked full-time as a Security Corporal for the Arlington ISD from approximately January 2024-April 2025.
3. In the Security Corporal position, I worked on patrol and would drive the Arlington ISD patrol vehicles to the schools in the district. All of my work on patrol was conducted inside the patrol vehicles.
4. For several months, beginning in December 2024, I was assigned to work in Dispatch.
5. The Samsara Fleet Management system was used by the Arlington ISD Security Department.
6. In my position in Dispatch, I was responsible for monitoring patrol officers and their assigned vehicles through the Samsara application that reported the vehicle operation data, the route history and the location of the patrol officers, and the warnings generated by the Samsara Dash Camera Artificial Intelligence.
7. The Samsara Dash Camera was permanently mounted in every one of Arlington ISD patrol vehicles.
8. As a Security Corporal, I was instructed to sign in to the Samsara Dash Camera immediately upon entering the patrol vehicle. I was instructed stay signed in until my shift was over. I had to sign into the Samara Dash Camera by scanning my assigned Quick Response Code badge to identify myself. I was required to remain in view of the Samsara Dash Camera at all times that I was inside my patrol vehicle.
9. The Samsara Dash Camera sent my location back to Dispatch at the office so Dispatch personnel and my supervisors would know where I was located.

10. The Samsara Dash Camera application monitored and informed the Dispatchers when the vehicle engine was on or off, which patrol officer was in the vehicle, when the vehicle was in motion or parked, the gas level of the vehicle, the tire pressure, and when the battery life in the vehicle was low.
11. The Samsara Dash Camera application provided an Odometer reading, check engine light details, and informed the Dispatchers if engine coolant was low.
12. Samsara Dash Camera application recorded operating information for all vehicles, including the vehicles history of drivers, the distance the vehicle was driven per trip, the speed the vehicle was driven at any point, the degree of rotation in the steering wheel when it was turned, and a history of all warnings generated by the Artificial Intelligence system for each vehicle and for each patrol officer logged in to Samsara Dash Camera.
13. The Samsara Dash Camera warned the security officers (and their superiors) if the Samsara Dash Camera Artificial Intelligence detected that the driver tampered with or was not in proper view of the camera, the driver braked too quickly, the vehicle was jostled, impacted, or driven over a bump, the vehicle was turned harshly, or if the driver appeared to be distracted, using a cellular device, or falling asleep.
14. The Samsara Dash Camera warned me with an alarm if I drove through a stop sign, a red light or made a rolling stop.
15. The Supervisors of the security officers could watch and listen to all of the conversations and actions inside of the vehicle as well as watching the road in front of the vehicle.

Under penalty of perjury, the following is true and correct.

6-18-2026
Date

Signature

Subscribed and sworn to before me this 18 day of June, 2026

Notary Public

MARCOS ESTRADA
Notary ID #130194163
My Commission Expires
April 27, 2027
NOTARY PUBLIC
STATE OF TEXAS