IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MYLES REHANA and BRIGID SCHULLERTS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 4:26-cv-00238-BJ |
| v. | § | |
| | § | |
| ARLINGTON INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT ARLINGTON INDEPENDENT SCHOOL DISTRICT'S REPORT REGARDING SETTLEMENT CONFERENCE**

Pursuant to the Court's May 28, 2026 Scheduling Order (Dkt. 26), Defendant Arlington Independent School District (AISD or Defendant) files this Report Regarding Settlement Conference and respectfully states as follows:

1. On August 26, 2026, the parties participated in an in-person settlement conference.

2. Plaintiffs Myles Rehana and Brigid Schullerts attended the settlement conference along with their counsel, Suzanne Anderson. Defendant Arlington Independent School District attended through its authorized representatives, Superintendent Matt Smith and Board Trustee Justin Chapa, along with its counsel, Meredith Prykryl Walker and Nicole Blaylock Thomas.

3. The parties engaged in meaningful settlement discussions and negotiations but were unable to reach a settlement at this time.

4. Defendant believes further discovery, including depositions, is necessary to allow the parties to more fully evaluate the claims and defenses in this case. Defendant anticipates that mediation following the completion of meaningful discovery will provide the parties with an additional opportunity to explore resolution before trial.

Respectfully submitted,

By: /s/ Meredith Prykryl Walker
Meredith Prykryl Walker
State Bar No. 24056487
Nicole Blaylock Thomas
State Bar No. 24149603

WALSH GALLEGOS KYLE
ROBINSON & DE LOS SANTOS P.C.
105 Decker Court, Suite 700
Irving, Texas 75062
214.574.8800
214.574.8801 (facsimile)
mwalker@wabsa.com

ATTORNEYS FOR DEFENDANT
ARLINGTON INDEPENDENT
SCHOOL DISTRICT

## CERTIFICATE OF SERVICE

On September 8, 2026, I electronically submitted the foregoing document with the clerk of court for the United States District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Suzanne M. Anderson
Valli Kane & Vagnini LLP

/s/ Meredith Prykryl Walker
Meredith Prykryl Walker