**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FT. WORTH DIVISION**

| | | |
|---|---|---|
| **MYLES REHANA and BRIGID SCHULLERTS,** | } | |
| **Plaintiffs** | } | **CIVIL ACTION NO.** |
| **v.** | } | **4:26-cv-00238-P** |
| **ARLINGTON INDEPENDENT SCHOOL DISTRICT,** | } | |
| **Defendant** | } | |

**PLAINTIFFS' REPORT OF SETTLEMENT CONFERENCE**

COMES NOW the Plaintiffs Myles Rehana and Brigid Schullerts, and pursuant to the Court's Scheduling Order, file this Report of the Settlement Conference.

1. On August 26, 2026, the parties participated in an in-person settlement conference, held at the office for Defendant's counsel. Plaintiffs Myles Rehana and Brigid Schullerts attended the settlement conference in person along with their counsel, Suzanne M. Anderson.

   Defendant Arlington Independent School District attended through its authorized representatives, Superintendent Matt Smith and Board Trustee Justin Chapa, along with its counsel, Meredith Prykryl Walker and Nicole Blaylock Thomas.

2. The parties engaged in substantial settlement discussions that included conversation about the facts of the case and the applicable law and damages. The parties also discussed monetary relief sought by the plaintiffs to resolve the case at this early

stage of litigation. Despite these good faith discussions, the parties were unable to reach agreement.

3. Defendant's counsel indicated that further discovery, including depositions, would be necessary for the Defendant to more fully evaluate the claims and defenses in this case. Plaintiff also is prepared to conduct additional discovery in the case, which may aid in resolution. Plaintiff strongly believes that participation in mediation with a third-party neutral would be beneficial to settlement of the case.

Dated this 8th day of September, 2026.

Respectfully Submitted,

/s/ Suzanne M. Anderson
Suzanne M. Anderson
Texas State Bar No. 14009470
sanderson@vkv.law

VALLI KANE & VAGNINI LLP
1825 Market Center Blvd,
Dallas, TX 75207
(516) 203-7180 (phone)
(516) 706-0248 (fax)
(214) 797-9021 (cell)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 8, 2026, a true and correct copy of the above document was served on all counsel of record via the Court's ECF system.

/s/ Suzanne M. Anderson
Suzanne M. Anderson